IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BRENNEN ZERBE, | )<br>) |
| On Behalf of himself and<br>all others similarly situated, | )<br>)<br>) |
| *Plaintiffs*, | )<br>) |
| v. | ) Case No. 18-cv-00758 GAF |
| CONROY'S KC LLC d/b/a/ BRADY'S | )<br>)<br>) |
| And | )<br>) |
| TRAILWOODS, LLC | )<br>) |
| *Defendants*. | )<br>) |

## ORDER GRANTING APPROVAL OF SETTLEMENT

1. The above entitled matter came before the Court on the Plaintiffs' Unopposed Motion for Approval of Class Settlement. (Doc. 25). The Court, having carefully reviewed the proposed Settlement Agreement ("Settlement Agreement"), and the Motion in Support, hereby finds as that the Settlement Agreement is a fair, adequate, and reasonable resolution of a bona fide dispute in contested litigation.

2. The Court further finds that the class should be certified for the purposes of settlement.

3. Because the Court finds that at the settlement is fair, adequate, and reasonable and that class certification for the purposes of settlement is appropriate, the Court further ORDERS that:

4. Plaintiffs' Motion for Approval of the Settlement, for Certification of Settlement Class, and for Permission to Disseminate Notice is GRANTED.

5. Brennan Zerbe and Hannah Brown are appointed as Class Representatives.

6. The Hodgson Law Firm, LLC and John Ziegelmeyer, III with HKM Employment Attorneys are appointed as Class Counsel.

7. Plaintiffs' requests for service award as set forth in the Settlement Agreement is hereby approved. Defendants shall issue such payments in accordance with the Settlement.

8. Class Counsel's application for an award of attorney fees as set forth in the Settlement Agreement and reimbursement of costs is hereby approved. Defendants shall issue such payments in accordance with the Settlement.

9. The Parties are directed to proceed with the administration of the settlement as provided by the terms of the Settlement Agreement, and in particular:

- The parties shall provide all necessary information to the Administrator;
- The Administrator shall disseminate Notice (and, where applicable, the claim form) to the class in substantially the same format as provided to this Court attached to the Settlement Agreement;
- The Notice Period shall close forty-five days after the mailing of notice. All claim forms must be postmarked by this date

10. Within 15 days of final payment as set forth in the Settlement Agreement, the Parties are hereby directed to dismiss this matter.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: June 4, 2019